## MONTGOMERY COUNTY, MARYLAND *v.* GEORGE MEANY ET AL.

[No. 44, September Term, 1977.]

*Decided October 10, 1977.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, LEVINE, ELDRIDGE and ORTH, JJ.

*H. Christopher Malone, Assistant County Attorney,* with whom were *Richard S. McKernon, County Attorney,* and *Robert G. Tobin, Jr., Deputy County Attorney,* on the brief, for appellant.

*J. Willard Nalls, Jr.,* with whom were *Nalls & Nalls* and *Michael T. Nalls* on the brief, for appellees.

PER CURIAM:

For reasons stated in the opinion of the Court of Special Appeals in *Montgomery County v. Meany,* 34 Md. App. 647, 368 A. 2d 1107 (1977), judgment is affirmed.

*Judgment affirmed.*
*Costs to be paid by Montgomery County, Maryland.*